# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF IOWA

### Report on Defendant Under Pretrial Supervision

**Name of Defendant:** Chiann May Jones                    **Case Number:** 1:17-cr-00028-002

**Name of Judicial Officer:**    Helen C. Adams, Chief U.S. Magistrate Judge

**Charge:**        21 U.S.C. § 841(a)(1) – Conspiracy to Distribute a Controlled Substance (Ct.1)

21 U.S.C. § 841(b)(1)(C) – Possession with Intent to Distribute a Controlled Substance (Ct.2)

**Placed on Bond:**   July 13, 2017

**Type of Bond:**   Personal Recognizance

**Trial Date:**   December 11, 2017

**Assistant U. S.**
**Attorney:**      Richard Rothrock       **Defense Attorney:** Joshua Weir

## PETITIONING THE COURT

The defendant has not complied with the following conditions of Pretrial supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Unlawful Use of a Controlled Substance – Methamphetamine | a) On October 13, 2017, Mrs. Jones reported to the Probation Office and submitted a urinalysis test which was positive for methamphetamine. Mrs. Jones admitted to using methamphetamine and the test was sent to Alere Toxicology for confirmation. |

### U. S. Probation Officer Action:

Mrs. Jones was verbally admonished by the probation officer. Further, she has been referred to Heartland Family Services for a substance abuse evaluation and will participate in treatment as recommended.

### Background Information:

Mrs. Jones commenced her pretrial release on July 13, 2017. Mr. Jones is unemployed and is in the process of getting a divorce from her husband and co-defendant, Jeremiah Jones. Mrs. Jones recently relocated to Council Bluffs, Iowa.

Respectfully submitted,

By _____

Jeff Laughlan
Senior U.S. Probation Officer
Date: October 19, 2017

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒   Does not object to the proposed action.

☐   Objects but does not request a formal hearing be set.

☐   Objects and will petition the Court requesting that a formal hearing be set.

AUSA: _____          Signature: _____

☒   No further action is needed

☐   Submit a request for modification of the condition or term of supervision.

☐   Submit a request for warrant or summons.

☐   Other: _____

_____
**Signature of Judicial Officer**

October 30, 2017
_____
Date